**Motion Granted; Order filed September 12, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00707-CV
_____

## DON E. KILPATRICK, Appellant

## V.

## ADRIANA POTOCZNIAK, Appellee

---

**On Appeal from the Co Civil Ct at Law No 4
Harris County, Texas
Trial Court Cause No. 1033021**

---

### ORDER

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 13-30974. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellants bankruptcy filing, on August 23, 2013, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On August 30, 2013, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a).  Attached to the motion is a true copy of the bankruptcy court's order dismissing the bankruptcy case.

The motion is granted.  Accordingly, the case is ordered **REINSTATED** and placed on the courts active docket.

The clerk's record is due to be filed with the clerk of this court on or before **September 23, 2013.**

PER CURIAM